■ KATHRYN D. WEISS v. JOHN D. WEISS.— Motion insofar as it seeks a dismissal of the appeal is granted unless the defendant procures the record on appeal and appellant's points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959, said appeal to be argued or submitted when reached. The branch of the motion requesting that counsel fee be allowed upon this application is granted, the fee is fixed in the sum of $100 and defendant is directed to pay said sum to plaintiff or her attorney within 10 days of the service of a copy of the order entered herein, with notice of entry thereof. The motion in all other respects is denied. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.

■ GUSTAVE B. GARFIELD v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ GUSTAVE B. GARFIELD v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion granted insofar as to permit the appeal to be heard on the original record, but upon printed appellant's points, on condition that the appellant shall procure the original record on appeal and printed appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. The appellant is directed to file, for the information of the court, with the original record on appeal, 19 printed copies of the second amended complaint and all opinions and orders rendered by the court below, three copies of which shall be served upon the attorneys for the respondents. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of Arbitration between HENRY G. KOPPELL and LEONARD DAVIS.— Motion to resettle order dated April 28, 1959 is granted. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.